# UNITED STATES BANKRUPTCY COURT
## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In the Matter of:**<br><br>**SOON JEA KANG**<br>**AND**<br>**SONG HYON KANG**<br><br>**Debtors** | **Chapter 13**<br><br><br>**Case No. 06-11589-RGM** |

### CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE

On January 2, 2007 the Office of the Chapter 13 Trustee for this Court hereby certifies that Soon Jea Kang and Song Hyon Kang completed a course on personal financial management given by this office which is a provider approved pursuant to 11 U.S.C. 111 to provide instructional courses concerning personal financial management in the Alexandria Division of the Eastern District of Virginia.

Dated:  January 4, 2007            __/s/ Gerald M. O'Donnell_____
                                                     Gerald M. O'Donnell
                                                     Chapter 13 Trustee
                                                     211 N. Union Street, Ste. 240
                                                     Alexandria, VA 22314
                                                     (703) 836-2226
                                                     VSB 7930